IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES, for the Use of<br>HAGEMEYER NORTH AMERICA, INC. | :<br>:<br>: | |
| Plaintiff, | : | CASE NO. 4:12-cv-00068-BAE-GRS |
| vs. | : | |
| HARTIN ELECTRIC, INC., ANDY<br>HARTIN, ATLANTIC MARINE<br>CONSTRUCTION COMPANY, INC., and<br>THE HANOVER INSURANCE<br>COMPANY, | :<br>:<br>:<br>:<br>: | |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff, United States, for the Use of Hagemeyer North America, Inc., by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby dismisses its action without prejudice.

This 1st day of June, 2012.

Respectfully submitted,

s/Gady C. Zeewy, Esq.
Georgia Bar No. 784420
Attorney for Plaintiff, Hagemeyer
Electric Supply Company, Inc.

LEVY & ZEEWY, LLC
1862 Independence Square
Suite D
Atlanta, Georgia 30338
Tel: (678) 281-3000
Fax: (678) 281-3001
E-mail: gzeewy@levyzeewy.com

APPROVED:

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia